**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HORNISHER and PATRICIA HORNISHER, individually and as personal representative of the estate of ERIC JOHN HORNISHER, deceased,<br><br>    Plaintiffs,<br><br>    v<br><br>ELI LILLY and COMPANY, SMITHKLINE BEECHAM CORP d/b/a GLAXOSMITHKLINE and DOES 1-50<br><br>    Defendants.<br>_____/ | No   C 09-1453 VRW<br><br>ORDER |

Based on the May 13, 2008 order filed in C 06-2609 PJH, Doc #34 at 2, the above-captioned case appears related to C 06-2609 PJH.  Accordingly, pursuant to Civ LR 3-12(c), the matter is referred to Judge Hamilton to consider whether the cases are related.

    IT IS SO ORDERED.

                      /s/ Vaughn R Walker
                      VAUGHN R WALKER
                      United States District Chief Judge