DONALD F. ZIMMER, JR. (State Bar No. 112279)
BRENDA N. BUONAIUTO (State Bar No. 173919)
KING & SPALDING LLP
Four Embarcadero Center
Suite 3500
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: fzimmer@kslaw.com
       bbuonaiuto@kslaw.com

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CHARLES HORNISHER and PATRICIA HORNISHER, Individually and as Personal Representatives of the Estate of ERIC JOHN HORNISHER, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY and COMPANY; SMITHKLINE BEECHAM CORP. d/b/a GLAXOSMITHKLINE; and JOHN DOES 1-50,<br><br>Defendants. | Case No. 3:09-cv-01453-PJH<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br>**[CIV. L.R. 3-12]** |

Pursuant to Civ. L.R. 3-12(a), defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK"), by and through counsel, submits this Administrative Motion to Consider Whether Cases Should Be Related before the Honorable Phyllis J. Hamilton, the Judge assigned to the earliest- filed case. *See* Civ. L.R. 3-12(b), (f). Specifically, this case is related to the following case, which was later-filed in this District, in that each alleges injuries and damages related to use of the prescription medicine Paxil®, manufactured (for purposes of this litigation) by GSK: *The Estate of Dennis Paul Torgerson, Deceased, by Cheryl Torgerson, Personal Representative v. SmithKline Beecham Corp. d/b/a GlaxoSmithKline; and Does 1-20, inclusive*, Case No. 3:09-cv-1473-SI.

1

To avoid unduly burdensome duplication of effort or expense and inconsistent rulings and to promote judicial economy, GSK respectfully requests that the Court relate *Torgerson* to this case and that *Torgerson* be reassigned accordingly.

Dated: June 29, 2009				KING & SPALDING LLP


By:	/s/  Brenda N. Buonaiuto
	Donald F. Zimmer, Jr.
	Brenda N. Buonaiuto

	Attorneys for Defendants
	SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION