# Vickery, Waldner & Mallia, LLP
## Trial Lawyers



*JusticeSeekers.com*

| Andy Vickery | Paul Waldner | Mike Mallia |
|---|---|---|
| andy@justiceseekers.com | paul@justiceseekers.com | mike@justiceseekers.com |

July 30, 2009

District Clerk                                                                                                     *Via ECF*
U. S. District Court-Northern District
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102

      Re:    Case No. 3:09-cv-01453-PJH; *Charles Hornisher and Patricia Hornisher v. Eli Lilly and Company, et al*; In the United States District Court for the Northern District of California

Dear Madam/Sir:

      The Initial Case Management Conference (CMC) is scheduled at 2:30 p.m. PDT on Thursday, August 6, 2009 in the above-referenced matter. The undersigned respectfully requests to participate by telephone.

      Thank you for your assistance in this matter. If you have any questions, please do not hesitate to contact me.

      Sincerely,
      */s/ Fred H. Shepherd*
      Fred H. Shepherd

FHS/kls

Page 2
July 30, 2009

| | | |
|---|---|---|
| cc: | James M. Wood, Esq.<br>James M. Neudecker, Esq.<br>REED SMITH LLP<br>1999 Harrison St., 22nd Floor<br>Oakland, CA  94612-3572 | *Via Email* |
| | Brenda N. Buonaiuto, Esq.<br>Donald F. Zimmer, Jr., Esq.<br>KING & SPALDING, LLP<br>Four Embarcadero Center, Suite 3500<br>San Francisco, CA  94111 | *Via FedEx* |
| | David Norden, Esq.<br>KING & SPALDING, LLP<br>1180 Peachtree Street NE<br>Atlanta, GA  30309 | *Via Email* |
| | E. Glynn Stanley, Jr., Esq.<br>728 Texas Street<br>Fairfield, CA  94533 | *Via Email* |
| | James E. Fitzgerald, Esq.<br>THE FITZGERALD LAW FIRM<br>2108 Warren Ave.<br>Cheyenne, WY  82001 | *Via Email* |