1  James M. Wood (State Bar Number 58679)
   James M. Neudecker (State Bar Number 221657)
2  REED SMITH LLP
   101 Second Street, Suite 1800
3  San Francisco, CA  94105

4  E-mail: jmwood@reedsmith.com
   E-mail: jneudecker@reedsmith.com
5
   Telephone:   415.543.8700
6  Facsimile:    415.391.8269

7  Attorneys for Defendant
   Eli Lilly and Company, a corporation
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         (SAN FRANCISCO DIVISION)
11

| CHARLES HORNISHER and PATRICIA HORNISHER, Individually and as Personal Representatives of the Estate of ERIC JOHN HORNISHER, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY, SMITHKLINE BEECHAM CORP. d/b/a GLAXOSMITHKLINE and JOHN DOES 1-50,<br><br>Defendants. | Case No. CV 09-01453 PJH<br><br>Before the Honorable Phyllis J. Hamilton<br><br>**[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THE LEARNED INTERMEDIARY DEFENSE**<br><br>Complaint Filed:   April 02, 2009<br>Trial Date:          June 6, 2011 |
|---|---|

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –

– 2 –

Having the considered the parties' Stipulation Regarding Briefing Schedule for Defendants' Motion for Summary Judgment on the Learned Intermediary Defense, the Court orders that:

1. Defendants shall file a joint motion for summary judgment based on the learned intermediary defense by December 28, 2009.

2. Plaintiffs' opposition brief and Defendants' reply brief shall be filed and served in accordance with Local Rules 56-1, 7-2 and 7-3.

3. Any party may seek an extension of these deadlines for good cause.

IT IS SO ORDERED

DATED: __9/4/09___.



_____
The Honorable Phyllis J. Hamilton
Judge Phyllis J. Hamilton

US_ACTIVE-102238110.1