James M. Wood (State Bar Number 58679)
James M. Neudecker (State Bar Number 221657)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105

E-mail: jmwood@reedsmith.com
E-mail: jneudecker@reedsmith.com

Telephone:   415.543.8700
Facsimile:    415.391.8269

Attorneys for Defendant
Eli Lilly and Company, a corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CHARLES HORNISHER and PATRICIA HORNISHER, Individually and as Personal Representatives of the Estate of ERIC JOHN HORNISHER, Deceased,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>ELI LILLY AND COMPANY, SMITHKLINE BEECHAM CORP. d/b/a GLAXOSMITHKLINE and JOHN DOES 1-50,<br><br>　　　　　　　　Defendants. | Case No. CV 09-01453 PJH<br><br>Before the Honorable Phyllis J. Hamilton<br><br>**[PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THE LEARNED INTERMEDIARY DEFENSE**<br><br>Complaint Filed:　April 02, 2009<br>Trial Date:　　　　June 6, 2011 |

– 1 –

[Proposed] Order Extending Briefing Schedule For Defendants' Motion For Summary Judgment On The Learned Intermediary Defense

– 2 –

Having the considered the parties' "Stipulation Requesting Extended Briefing Schedule for Defendants' Motion for Summary Judgment on the Learned Intermediary Defense," and good cause appearing, the Court orders that:

1. The deadline for Defendants to file a joint motion for summary judgment based on the learned intermediary defense is continued to January 11, 2010.

2. Plaintiffs' opposition brief and Defendants' reply brief shall be filed and served in accordance with Local Rules 56-1, 7-2 and 7-3.

3. Any party may seek an extension of these deadlines for good cause.

IT IS SO ORDERED

DATED: __12/10/09__.



_____
The Honorable Phyllis J. Hamilton

US_ACTIVE-102786460.1

REED SMITH LLP
A limited liability partnership formed in the State of Delaware