**FILED**

JAN 2 2 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E. Glynn Stanley, Jr., Esq.
California Bar No. 62884
728 Texas Street
Fairfield, CA 94533
Telephone: 707-425-5291
Facsimile: 707-425-5338
*Counsel for Plaintiffs*

Fred H. Shepherd, Esq.
Texas Bar No. 24033056
VICKERY, WALDNER & MALLIA, LLP
One Riverway, Suite 1150
Houston, TX 77056-1920
Telephone: 713-526-1100
Facsimile: 713-523-5939
*Counsel for Plaintiffs*
(Shepherd Admitted *Pro Hac Vice*)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| CHARLES HORNISHER and PATRICIA HORNISHER, Individually and as Personal Representatives of the Estate of ERIC JOHN HORNISHER, Deceased,<br>　　　　　Plaintiffs,<br><br>vs.<br><br>ELI LILLY and COMPANY; GLAXOSMITHKLINE, LLC; and JOHN DOES 1-50,<br>　　　　　Defendants. | CASE # 4:09-cv-01453-PJH<br><br>**JOINT STIPULATION** |

Pursuant to Local Rule 7-7, Plaintiffs, Charles Hornisher and Patricia Hornisher, individually and as personal representatives of the estate of Eric John Hornisher, deceased, ("the Hornishers") and Defendant GlaxoSmithKline, LLC ("GSK"), through their designated counsel, jointly stipulate to continue the Hearing set for February 17, 2010 regarding GSK's Motion for Summary Judgment.

Joint Stipulation
Page 1
Case #4:09-cv-01453-PJH

VICKERY, WALDNER & MALLIA, LLP
One Riverway, Suite 1150
Houston, Texas 77056-1920
Telephone: 713-526-1100
Facsimile: 713-523-5939

By agreement of the parties, and for the following reasons, the Hearing is requested to be continued until March 3, 2010:

1. On January 11, 2010, GSK filed a Motion for Summary Judgment. The Motion is set to be heard on February 17, 2010.

2. The Hornisher's Response in Opposition is due January 27, 2010.

3. Counsel for the Hornishers has a previously scheduled conflict with the current hearing date.

4. The Parties have conferred, and by stipulation, jointly request the Court continue the Hearing until March 3, 2010. Should the Court grant the Stipulation, the Hornisher's response in Opposition will be due February 10, 2010. GSK's Reply will be due February 17, 2010.

Respectfully submitted,

Dated January 21, 2010                VICKERY, WALDNER & MALLIA, LLP

                                      By:   /s/ Fred H. Shepherd
                                            Fred H. Shepherd
                                            *Counsel for Plaintiffs,*
                                            *Charles Hornisher and Patricia Hornisher,*
                                            *individually and as personal representatives*
                                            *of the estate of Eric John Hornisher,*
                                            *deceased*

Dated January 21, 2010                KING & SPALDING, LLP

                                      By:   /s/ Cheryl A. Sabnis
                                            Donald F. Zimmer, Jr.
                                            Cheryl A. Sabnis
                                            Kendra L. Pavkovic
                                            *Counsel for Defendant,*
                                            *GlaxoSmithKline, LLC*

Joint Stipulation
Page 2
Case #4:09-cv-01453-PJH

VICKERY, WALDNER & MALLIA, LLP
One Riverway, Suite 1150
Houston, Texas 77056-1920
Telephone: 713-526-1100
Facsimile: 713-523-5939

-2-

E. Glynn Stanley, Jr., Esq.
California Bar No. 62884
728 Texas Street
Fairfield, CA 94533
Telephone: 707-425-5291
Facsimile: 707-425-5338
*Counsel for Plaintiffs*

Fred H. Shepherd, Esq.
Texas Bar No. 24033056
VICKERY, WALDNER & MALLIA, LLP
One Riverway, Suite 1150
Houston, TX 77056-1920
Telephone: 713-526-1100
Facsimile: 713-523-5939
*Counsel for Plaintiffs*
(Shepherd Admitted *Pro Hac Vice*)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## (OAKLAND DIVISION)

| | |
|---|---|
| CHARLES HORNISHER and PATRICIA HORNISHER, Individually and as Personal Representatives of the Estate of ERIC JOHN HORNISHER, Deceased, <br><br>      Plaintiffs, <br><br> vs. <br><br> ELI LILLY and COMPANY; GLAXOSMITHKLINE, LLC; and JOHN DOES 1-50, <br>      Defendants. | CASE # 4:09-cv-01453-PJH <br><br> **ORDER OF CONTINUANCE** |

On this date the Court has considered the Joint Stipulation of the parties. The Court, after considering the Stipulation hereby rules as follows:

Order of Continuance
Page 1
Case #4:09-cv-01453-PJH

VICKERY, WALDNER & MALLIA, LLP
One Riverway Drive, Suite 1150
Houston, Texas 77056-1920
Tel: 713-526-1100
Fax:: 713-523-5939

1. The Hearing is continued from February 17, 2010 until March 3, 2010;

2. The Hornisher's Response in Opposition is due February 10, 2010; and

3. GSK's Reply is due February 17, 2010.

**It is so ordered** this 22 day of January, 2010.

_____
United States District Judge

Order of Continuance
Page 2
Case #4:09-cv-01453-PJH

VICKERY, WALDNER & MALLIA, LLP
One Riverway Drive, Suite 1150
Houston, Texas 77056-1920
Tel: 713-526-1100
Fax:: 713-523-5939

-2-