Thursday, April 22, 2004   NAPA VALLEY REGISTER–A5

# OBITUARIES

HORNISHER 00332

*lelen Lock help clear debris of a neighbor in Utica, Ill., after a 'ough the town as part of a series of thunderstorms that rolled st.*   ASSOCIATED PRESS

## s tear through Midwest

tion slowed rescuers' efforts as they gingerly dug through the sandy rubble.

archers   The twister cut a wide swath buckets   of destruction in this small Wednes-   town 90 miles southwest of a tavern   Chicago, turning homes and athered   businesses into piles of brick twister   and splintered wood. More ury-old   than 10 people were taken to hospitals and at least six d said   remained there Wednesday nearby   afternoon. gated in   "It was like my brain wasn't ilestone   comprehending what my eyes zens of   were seeing," said John he Mid-   Devore, who rushed his family were   into the basement and looked e ruins   outside about 15 seconds later. themed   "I said, 'Well, it looks like the car's OK,' and then a split-sec- : radio.   ond later, 'Wait a minute. I'm he tav-   not supposed to be able to see just so   my car. Where the hell's my d said,   garage?'"

The tornado blew roofs off rd said   many buildings in Utica, und in   including the grade school. A he bar,   nearby chain-link fence was to 81.   covered in insulation blown lding's   from homes. A birthday card ounda-   signed "Love, Brian" rested against the fence.

A metal silo at the grain elevator was toppled, and a chunk of it was wrapped around a stop sign. A wall of bricks from a downtown bar fell onto a car parked next to the building.

On houses that officials had checked for injuries, marks of "OK" were spray-painted in orange and pink.

Authorities said they did not believe anyone else was missing.

Gov. Rod Blagojevich visited Utica and other communities and declared four counties disaster areas. Federal Emergency Management Agency officials planned to visit Thursday to see if they qualify for disaster relief.

The tornado that devastated Utica was one of dozens that smashed through the Midwest. Indiana also was hard hit, and Iowa, Nebraska and Oklahoma reported twisters as well. A lightning storm hit Arkansas on Wednesday, striking a high school junior who died on his way to school.

## grows for low-cost n prescription drugs

| | |
|---|---|
| pport pre- da is d an tates, pub- ders re is fety. con- with wing pre- orce nber llow crip- | The pharmaceutical industry has staunchly opposed efforts to legalize imported pharmaceuticals. |

Several cities and states facing budget crises already have turned to Canada to buy prescription drugs for workers or made it easier for residents to hook up with Canadian Internet pharmacies. Springfield, Mass., officials said this week the city to do something to lower costs right away," said Blendon, a Harvard professor of health policy.

Sen. Byron Dorgan, D-N.D., illustrated that point at a Capitol news conference to talk about the new legislation. Dorgan displayed two bottles of the best-selling cholesterol medicine Lipitor, one for sale in Canada, the other in the United States.

A single tablet of Lipitor sells for $1.01 in Canada, but is $1.81 in the United States, Dorgan said. "We pay the highest prices in the world for prescription drugs, by far," he said. The legislation "would put downward pressure on prescription drug prices."

The pharmaceutical industry has staunchly opposed efforts to

## OBITUARIES

### Eric Hornisher
**NAPA**

Eric John Hornisher, born Feb. 14, 1980, in Portland, Ore., unexpectedly passed away Monday, April 19, 2004. The family moved from Portland to the Napa Valley where Eric was raised. Eric is remembered for his strong faith in God, zest for life, wonderful sense of humor, sensitivity toward others, insatiable curiosity, artistic talents, and wide-ranging interests. Eric read philosophy, played chess, tracked stocks, and found creative expression in music and pen and ink stipple drawings.


Hornisher

As a young boy, Eric played on his Dad's soccer team and, of course, was awesome, according to the coach. He was an Eagle Scout, and for his project, he constructed plant markers along the nature trails at Connolly Ranch Nature Preserve that are still enjoyed today. Eric never lost his love for the outdoors, and recently went on a snow camping trip with friends.

At Vintage High School, Eric was not only an honors student, but was also a varsity swimmer. As a trombonist, he was active in the school marching band and jazz band. He greatly enjoyed the marching band's trip to England for London's New Year's Day Parade which raised money for local charities.

Eric attended the University of Santa Clara, and graduated cum laude in mechanical engineering in 2002. He was inducted into two engineering honor societies, Tau Beta Pi and Pi Tau Sigma. He went on to obtain a masters of engineering management from Santa Clara in 2003 with honors. As part of his graduate studies, Eric developed a computer controlled satellite tracking system. This required installing two large antennas, one on top of an engineering building at the University and a second on the island of Hawaii. This tracking system is used by industry today and pays for itself with the revenues collected for this service. Following graduate studies, Eric went to work in industry in the Bay Area as a mechanical engineer.

Eric is survived by his father and mother, Charles and Patricia Hornisher; sister, Joy and brother, Charlie; grandfather Charles Hornisher; aunt and uncle, Mike and Mary Rita Hornisher; cousins Lori and David Hornisher; grandma Pat Child; uncles Bill and Mike Orme; cousins Matt, Laura, Emily, Billy, Jena, Patty Anne Orme. Services will be held Saturday April 24, 2004, 10 a.m. at Mont LaSalle Monastery at the Provincial Chapel, 4401 Redwood Rd., Napa. In lieu of flowers please send donations to the Christian Brothers at Mont LaSalle Monastery, 4405 Redwood Rd., Napa, 94558, or to the charity of your choice.

### Richard Barrett
**REDWOOD CITY**

Richard A. Barrett, 87, passed away at Kaiser Hospital in Redwood City, April 20, 2004. He was born in Great Falls, Mont., Aug. 21, 1916, to Thomas P. Barrett and Ann (Meier) Bennett. He was the 10th child of 11.

He graduated from Great Falls High School in 1928. He came to California and worked at Cooks Travel Agency, and then went to work in a brokerage house in San Francisco. During World War II he entered the Merchant Marine and served for four years and attained the rank of lieutenant junior grade. After leaving the Merchant Marine he worked for American President Lines as a clerk. In 1950, he began working for the Solano Meat Company in Vallejo, retiring in 1978 as vice president of the company. He moved to Napa in 1980 and built his home on Partrick Road.

As a hobby he was an avid golfer. He was a member of SIRS #80 and the Vallejo Elks.

Mr. Barrett was preceded in death by his wife Barbara in 2000. He is currently survived by his son, Alvin Barrett of Greenbrae; a daughter, Catherine Pleasant of Bellevue, Wash.; one brother, Delbert Barrett of Ft. Shaw, Mont.; and three sisters, Bertha Feaster of Great Falls, Mont., Maryon Hunt of San Jose and Norma Hunter of Palm Springs. He is also survived by his grandchildren, Justin and Brian Barrett and Meredith Pleasant.

The funeral Mass will be held Saturday at 9 a.m. at St. Thomas Aquinas Catholic Church, 2725 Elm St., Napa. Burial will follow at Tulocay Cemetery. Arrangements are under the direction of the Claffey and Rota Funeral Home.

Memorial contributions may be made to St. Thomas Aquinas Catholic Church or Adult Day Services, c/o Hospice of Napa Valley, 3299 Claremont Way, Napa, CA 94558.

### Alan Liu
**SANTA ROSA**

Alan B. Liu, Mountain View resident, died in a fatal bicycle accident in Santa Rosa on Sunday, April 11, 2004. Dearly beloved son of Barry R. Liu of Moraga, Rita Wells and her husband, Dane Pitcher; dear brother of Kathryn Liu of Davis; adored grandson of Jean Liu of Oakland, and Roy and Betty Wells of Calistoga. Alan was born in Concord, Sept. 19, 1972. He graduated from Miramonte High School in Orinda in 1990, and from MIT in 1994 with a mechanical engineering degree. In 1995 he began working as a mechanical engineer and manger at Applied Materials in Santa Clara. Alan was an avid sports fan and participated in many athletic and outdoor activities. Alan enjoyed skiing, snowboarding, bicycling, running, fishing and camping, but his real passion was swimming, including open water events. He recently expanded his interest to include triathlons. He was an enthusiastic and motivated swimmer and head coach for the Mountain View Masters swim team. He will be dearly missed by the many people he inspired as well as his extensive family.

Friends are invited to attend a memorial service on Sunday, April 25, 2004 at 1 p.m. at Dinkelspiel Auditorium on the Stanford Campus in Palo Alto. Memorial contributions may be made to the Alan Liu Memorial Fund, c/o Bank of the West, 501 Castro, Mountain View, CA 94041. The fund is dedicated to celebrating his life and athletic passion. Mountain View Master's website, mvw.org, contains pictures and further information. Arrangements under the direction of Daniels Chapel of the Roses Funeral Home and Crematory, (707) 525-3730.

### Lois Munson
**SANTA ROSA**

Lois Munson, 79, of Napa, died in an automobile accident on Sunday, April 18, 2004, in Santa Rosa. She was born October 5, 1924.

Lois was born and raised in Philadelphia, Pa. She met her husband Bud Munson on a blind date at the New Jersey Boardwalk and they were married in 1946. They moved to California and made their home in Napa where she lived for 56 years.

Lois worked as a legal secretary for Attorney Ralph Trower for 32 years and retired in 1980. She was a member of the Sons of Italy and Napa Emblem Club. She was a founding member of the Napa County Legal Secretaries Association and the first president of the organization.

After retirement she enjoyed getting together with her friends weekly and playing cards, shopping and going out to eat. Lois also liked to travel. She spent many summers in Lake Tahoe and traveled to many destinations with the Elks RV club. She also traveled to the Caribbean, Alaska, and China.

Lois was preceded in death by her husband, Bud Munson. She is survived and will be dearly missed and forever loved by her only child, Rosemarie Bettinelli and her two grandsons, Kenneth Bettinelli, Randall and his wife Melanie Bettinelli, and her great-granddaughter, Mia Bettinelli. Lois' love for her family and friends will be missed as she touched so many people's lives.

A funeral Mass will be held at 2 p.m. Saturday, April 24, 2004 at St. Apollinaris Catholic Church, 3700 Lassen St. in Napa. A rosary will be held at 7 p.m. Friday, April 23 at Richard Pierce Funeral Service, 1660 Silverado Trail in Napa. Visitation will be from 4 to 8 p.m. Thursday, April 22 and noon to 7 p.m. Friday, April 23 at the mortuary.

Memorial contributions may be made to NSGW Charitable Foundation, 414 Mason St., San Francisco, CA 94102; or Queen of the Valley Hospital, 1000 Trancas St., Napa, CA 94558.