

Eric John Hornisher
384 Bluejay Way, Napa, CA 94558
(707) 226-9401, ehornisher@yahoo.com

## Objective

Obtain a challenging mechanical engineering position where my marketing skills could also be an asset to the company

## Education

- Santa Clara University, Santa Clara, California, Master of Science in Engineering Management, GPA 3.51
- Santa Clara University, Bachelor of Science in Mechanical Engineering, GPA 3.57

## Relevant Coursework

- Materials and Manufacturing
  - Undergraduate manufacturing classes
  - Undergraduate materials classes (covering plastics)
  - Graduate level materials class
  - Understanding of injection molding and other plastic manufacturing processes
  - Graduate level FDM rapid prototyping technology class/lab

- Graduate level Robotics I & II
  - Second-order linear position control
  - Second-order nonlinear position control
  - Second-order nonlinear hybrid position/force control
  - Trajectory generation
  - Fuzzy logic

- Advanced Mechantronics I, II, & III
  - Combinational logic, gray code, quantizing theory
  - Op Amps, transducers, filters, converters
  - Wireless infrared Morse code communications
  - PID controller with floating ball (unstable system)

- Advanced Design I, II, & III
  - Two award winning satellite tracking antenna stations
  - Managed $20,000 budget & worked on team of six engineers
  - Designed and built twenty-two foot tower and managed the operation of heavy machinery in Honolulu, Hawaii
  - Achieved low-earth orbit satellite communication

- Finite Element Analysis, studied theory and applied concepts using Matlab based models
- Advanced mathematics knowledge covering failure rate analysis, Weibull distribution, and other applied reliability models

HORNISHER 00304

- Graduate level CNC I & II, executed several programs on HAAS
- Extensive knowledge of engineering management (21 graduate units total)

## Computer Skills

- Proficient in Pro/ENGINEER, SolidWorks, Matlab, AutoCAD 14, AutoCAD 2000, IronCAD, Microsoft Word, Microsoft Excel, BASIC, Adobe Illustrator, and Adobe PhotoShop
- Working knowledge of Labview, C language, and CNC language
- Some exposure to C++ language, I-DEAS Master Series, and Dreamweaver

## Professional Experience

*Engineering Highlights*

- Design engineering on Phase I gravity offloading test equipment project called Walking AGM, CSA Engineering, Inc., summer 2002 and Christmas break 2002

  - Deployment trajectory calculations, power management calculations, servomotor torque calculations, simplified magnetic force calculations
  - Sensor and actuator trade studies
  - Worked closely with Spacecraft Component Technology Branch of the Air Force Research Laboratory
  - Elaborate 3D SolidWorks drawings
  - Complex 3D SolidWorks animations

- Drafting of streets, highways, drains, parking facilities, erosion control, and right-of-way using AutoCAD 14 and 2000, Chaudhary & Associates, summer 2000
- Mechanical engineering related research project involving specialized building materials, and drafting of HVAC/plumbing using AutoCAD 14, Larkin & Associates, summer 1999

*Marketing Highlights*

- Invaluable marketing knowledge and experience gained while working with Charles Hornisher, Hornisher Communications, 1994-1998 and 2001

## Awards & Activities

- Degree honors: Cum Laude
- Tau Beta Pi, The Engineering Honor Society, 2000-2002
- Secretary, Pi Tau Sigma, Mechanical Engineering Honor Society, 2000-2002
- Eagle Scout, 1997
- Artist, musician, and investor

HORNISHER 00305

Eric Hornisher
384 Blue Jay Way
Napa CA, 94558

March 19, 2004

Sherry Barron, Human Resources
**United Defense LP Ground Systems Division**
1205 Coleman Ave
Santa Clara, CA 95050

Dear Sherry Barron:

Please accept this letter as my notice of resignation from United Defense, effective April 2, 2004. This wasn't an easy decision, because I am grateful for the employment I've had with United Defense. Thank you for the opportunities provided to me.

Best wishes for the future.

Sincerely,

Eric Hornisher, Mechanical Engineer.

HORNISHER 00306