

HORNISHER 00299

HORNISHER 00300





HORNISHER 00301



HORNISHER 00302



HORNISHER 00303