UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES HORNISHER, et al.,

    Plaintiffs,

    v.

ELI LILLY AND COMPANY, et al.,

    Defendants.

_____/

No. C 09-1453 PJH

**ORDER**

    The court is in receipt of a chambers copy of the Declaration of Kendra L. Pavkovic in support of defendant GSK's reply in support of its motion for summary judgment. The chambers copy is not in usable format.

    The declaration has exhibits. The exhibits are not tabbed. The court is unable to use a declaration with untabbed exhibits.

    The court will consider the contents of the declaration only if a usable chambers copy is provided, no later than February 22, 2010.

**IT IS SO ORDERED.**

Dated: February 19, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge