UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES HORNISHER, et al.,

    Plaintiffs,

    v.

ELI LILLY AND COMPANY, et al.,

    Defendants.

_____/

No. C 09-1453 PJH

**ORDER CONTINUING HEARING DATE**

The date for the hearing on defendant SmithKline Beecham Corporation (now known as GlaxoSmithKline LLC)'s motion for summary judgment, previously set for Wednesday, March 3, 2010, has been CONTINUED to Wednesday, March 10, 2010.

**IT IS SO ORDERED.**

Dated: February 26, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge