E. Glynn Stanley, Jr., Esq.
California Bar No. 62884
728 Texas Street
Fairfield, CA  94533
Telephone: 707-425-5291
Facsimile: 707-425-5338
*Counsel for Plaintiffs*

Fred H. Shepherd, Esq.
Texas Bar No. 24033056
VICKERY, WALDNER & MALLIA, LLP
One Riverway, Suite 1150
Houston, TX  77056-1920
Telephone: 713-526-1100
Facsimile: 713-523-5939
*Counsel for Plaintiffs*
(Shepherd Admitted *Pro Hac Vice*)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| CHARLES HORNISHER and PATRICIA HORNISHER, Individually and as Personal Representatives of the Estate of ERIC JOHN HORNISHER, Deceased,<br>Plaintiffs,<br>vs.<br>ELI LILLY and COMPANY; GLAXOSMITHKLINE, LLC; and JOHN DOES 1-50,<br>Defendants. | CASE # 4:09-cv-01453-PJH<br><br>**[PROPOSED]**<br>**ORDER OF CONTINUANCE** |

On this date the Court has considered the Joint Stipulation of the parties.  The Court, after considering the Stipulation hereby rules as follows:

Order of Continuance
Page 1
Case #4:09-cv-01453-PJH

VICKERY, WALDNER & MALLIA, LLP
One Riverway Drive, Suite 1150
Houston, Texas 77056-1920
Tel: 713-526-1100
Fax:: 713-523-5939

1.     The Hearing as to GSK's Motion for Summary Judgment is continued from March 31 10, 2010 until March 2̶4̶, 2010 at 9 a.m.

**It is so ORDERED** this __5__ day of March, 2010.



Order of Continuance
Page 2
Case #4:09-cv-01453-PJH

VICKERY, WALDNER & MALLIA, LLP
One Riverway Drive, Suite 1150
Houston, Texas 77056-1920
Tel: 713-526-1100
Fax:: 713-523-5939

-2-