E. Glynn Stanley, Jr., Esq.
California Bar No. 62884
728 Texas Street
Fairfield, CA  94533
Telephone: 707-425-5291
Facsimile: 707-425-5338
*Counsel for Plaintiffs*

Arnold Anderson (Andy) Vickery, Esq.
Texas Bar No. 20571800
Fred H. Shepherd, Esq.
Texas Bar No. 24033056
VICKERY, WALDNER & MALLIA, LLP
One Riverway, Suite 1150
Houston, TX  77056-1920
Telephone: 713-526-1100
Facsimile: 713-523-5939
*Counsel for Plaintiffs*
(Shepherd Admitted *Pro Hac Vice*)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| CHARLES HORNISHER and PATRICIA HORNISHER, Individually and as Personal Representatives of the Estate of ERIC JOHN HORNISHER, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>ELI LILLY and COMPANY; GLAXOSMITHKLINE, LLC; and JOHN DOES 1-50,<br>Defendants. | CASE # 4:09-cv-01453-PJH<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MATERIAL IN SUPPORT OF OPPOSITION TO GSK'S MOTION FOR SUMMARY JUDGMENT** |

NOW COMES, Charles and Patricia Hornisher, parents and heirs, individually and as coexecutors of the Estate of Eric John Hornisher, deceased, and, pursuant to Local Rule 7-3(d), file

Plaintiffs' Motion for Leave to File Supplemental Material in Support
of Opposition to GSK's Motion for Summary Judgment
Page 1
Case #4:09-cv-01453-PJH

VICKERY, WALDNER & MALLIA, LLP
One Riverway, Suite 1150
Houston, Texas 77056-1920
Telephone: 713-526-1100
Facsimile: 713-523-5939

this Motion for Leave to File Supplemental Material in Support of Plaintiffs' Opposition to GlaxoSmithKline LLC's [ hereinafter "GSK"] Motion for Summary Judgment.  In support of this, Plaintiffs would respectfully show the Court the following:

### Certificate of Conference

The undersigned has conferred with GSK's counsel, Cheryl Sabnis, concerning this motion and is advised that GSK has no objection to this Motion.

### Basis for Supplemental Material

1. Oral argument was held on this matter on March 31, 2010.

2. During the argument, and in response to a question posed from the Court, counsel for the Plaintiffs referenced a portion of deposition testimony from Dr. Richard Hudson.  The specific testimony is found at pages 111:23-112:22 of Dr. Hudson's deposition and is attached as Exhibit 1. After further review of Plaintiffs' Opposition papers, it appears that the referenced portion of testimony discussed by counsel was not included in the briefing.

3. In an effort not to confuse or mislead the Court, Plaintiffs' seek leave to add to the record before the Court that portion of Dr. Hudson's testimony that counsel referenced in argument. Leave is not sought to add anything other than that testimony specifically referenced by counsel during argument.

WHEREFORE, Plaintiffs respectfully move the Court for leave to file this supplemental material in support of their opposition to GSK's Motion for Summary Judgment.

//
//
//
//
//

Plaintiffs' Motion for Leave to File Supplemental Material in Support
of Opposition to GSK's Motion for Summary Judgment
Page 2
Case #4:09-cv-01453-PJH

VICKERY, WALDNER & MALLIA, LLP
One Riverway, Suite 1150
Houston, Texas 77056-1920
Telephone: 713-526-1100
Facsimile: 713-523-5939

-2-

Respectfully submitted,

VICKERY, WALDNER & MALLIA, LLP

*/s/ Fred H. Shepherd*
Arnold Anderson (Andy) Vickery
Texas Bar No. 20571800
Fred H. Shepherd
Texas Bar No. 24033056
One Riverway, Suite 1150
Houston, TX 77056-1920
Tel: 713-526-1100
Fax: 713-523-5939
Email: andy@justiceseekers.com
Email: fred@justiceseekers.com
(Shepherd Admitted *Pro Hac Vice*)

## Certificate of Service

I certify that on this 8th day of April, 2010, Plaintiffs' Motion for Leave to File Supplemental Material in Support of Opposition to GSK's Motion for Summary Judgment has been electronically filed with the Clerk using the CM/ECF system, which will automatically send email notifications of such filing to the following attorneys of record:

Donald F. Zimmer, Jr., Esq.
Cheryl A. Sabnis, Esq.
Kendra L. Pavkovic, Esq.
KING & SPALDING, LLP
Four Embarcadero Center, Suite 3500
San Francisco, CA  94111

David Norden, Esq.
KING & SPALDING, LLP
1180 Peachtree Street NE
Atlanta, GA  30309

*/s/ Fred H. Shepherd*
Fred H. Shepherd

Plaintiffs' Motion for Leave to File Supplemental Material in Support of Opposition to GSK's Motion for Summary Judgment
Page 3
Case #4:09-cv-01453-PJH

VICKERY, WALDNER & MALLIA, LLP
One Riverway, Suite 1150
Houston, Texas 77056-1920
Telephone: 713-526-1100
Facsimile: 713-523-5939

-3-