E. Glynn Stanley, Jr., Esq.
California Bar No. 62884
728 Texas Street
Fairfield, CA 94533
Telephone: 707-425-5291
Facsimile: 707-425-5338
*Counsel for Plaintiffs*

Fred H. Shepherd, Esq.
Texas Bar No. 24033056
VICKERY, WALDNER & MALLIA, LLP
One Riverway, Suite 1150
Houston, TX 77056-1920
Telephone: 713-526-1100
Facsimile: 713-523-5939
*Counsel for Plaintiffs*
(Shepherd Admitted *Pro Hac Vice*)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | | |
|---|---|---|
| CHARLES HORNISHER and PATRICIA HORNISHER, Individually and as Personal Representatives of the Estate of ERIC JOHN HORNISHER, Deceased, Plaintiffs, vs. ELI LILLY and COMPANY; GLAXOSMITHKLINE, LLC; and JOHN DOES 1-50, Defendants. | § § § § § § § § § § § § § § | CASE # 4:09-cv-01453-PJH **ORDER OF DISMISSAL WITH PREJUDICE** |

This matter comes before the Court upon the Joint Stipulation for Dismissal with Prejudice filed jointly by Plaintiffs Charles Hornisher and Patricia Hornisher, individually and as personal representatives of the estate of Eric John Hornisher, and Defendant Eli Lilly and Company, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Upon review of the Joint Stipulation for

Order of Dismissal With Prejudice
Page 1
Case #4:09-cv-01453-PJH

VICKERY, WALDNER & MALLIA, LLP
One Riverway, Suite 1150
Houston, Texas 77056-1920
Telephone: 713-526-1100
Facsimile: 713-523-5939

1  Dismissal with Prejudice, it is hereby ordered that Plaintiffs' claims against Defendant, Eli Lilly and

2  Company, are dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

   IT IS SO ORDERED.

   5/13/10



Order of Dismissal With Prejudice
Page 2
Case #4:09-cv-01453-PJH

VICKERY, WALDNER & MALLIA, LLP
One Riverway, Suite 1150
Houston, Texas 77056-1920
Telephone: 713-526-1100
Facsimile: 713-523-5939

-2-