DONALD F. ZIMMER, JR. (State Bar No. 112279)
CHERYL A. SABNIS (State Bar No. 224323)
KENDRA L. PAVKOVIC (State Bar No. 256729)
KING & SPALDING LLP
101 Second Street
Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email:   fzimmer@kslaw.com
         csabnis@kslaw.com
         kpavkovic@kslaw.com

Attorneys for Defendant
GLAXOSMITHKLINE LLC (formerly known as
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| CHARLES HORNISHER and PATRICIA HORNISHER Individually and as Personal Representatives of the Estate of ERIC JOHN HORNISHER, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY and COMPANY; SMITHKLINE BEECHAM CORP. d/b/a GLAXOSMITHKLINE; and JOHN DOES 1-50,<br><br>Defendants. | Case No. 4:09-cv-01453-PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DISCOVERY ~~AND DISPOSITIVE MOTION~~ DEADLINES** |

Plaintiffs Charles and Patricia Hornisher ("Plaintiffs") and defendant GlaxoSmithKline LLC formerly known as SmithKline Beecham Corporation ("GSK") by and through their respective counsel of record stipulate and agree as follows:

1. The parties are presently engaged in settlement discussions and have agreed to extend the following deadlines to permit them to complete non-expert and expert discovery in the event their discussions do not bear fruit:

    a. **Non-Expert Discovery Cutoff** - Extended approximately 60 days to **August 11, 2010** (former deadline June 11, 2010);

    b. **Disclosure of Experts** - Extended approximately 60 days as follows: Plaintiff's disclosures due **September 1, 2010** (former deadline July 1, 2010) and Defendant's disclosures due **November 17, 2010** (former deadline September 17, 2010);

    c. **Expert Discovery Cutoff:** Extended approximately 60 days as follows: Plaintiff's experts by **October 13, 2010** (former deadline August 13, 2010) and Defendant's experts by **December 14, 2010** (former deadline October 14, 2010); and

    d. ~~**Dispositive and Daubert Motions Deadlines** - Dispositive motions deadline extended approximately 30 days so they are **heard** by **March 9, 2011** (former deadline February 9, 2011); Daubert motions may be noticed for hearing on the date dispositive motions will be heard or on any available hearing date up to and including the date of the final pretrial conference, which is May 5, 2011.~~  Dispositive Motions are heard no later than 120 days before trial.

2. The parties are not currently requesting any change to the Pretrial Conference or Trial dates, which are May 5, 2011 and June 6, 2011, respectively.

| | |
|---|---|
| Dated: June 11, 2010 | VICKERY WALDNER & MALLIA, LLP |
| | |
| | /s/ Fred H. Shepherd /s/ |
| | ARNOLD ANDERSON VICKERY |
| | FRED H. SHEPHERD |
| | |
| | Attorneys for Plaintiffs |
| | CHARLES HORNISHER and PATRICIA HORNISHER |
| Dated: June 11, 2010 | KING & SPALDING LLP |
| | |
| | /s/ Cheryl A. Sabnis /s/ |
| | DONALD F. ZIMMER, JR. |
| | CHERYL A. SABNIS |
| | |
| | Attorneys for Defendant GLAXOSMITHKLINE LLC (formerly known as SMITHKLINE BEECHAM CORPORATION) |

I, Cheryl A. Sabnis, hereby certify that Fred H. Shepherd concurs in the e-filing of this document.

/s/ Cheryl A. Sabnis /s/
CHERYL A. SABNIS

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Dated: 6/14/10

Hon. Phyllis J. Hamilton
Judge of [the United States District Court]

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*