# KING & SPALDING

King & Spalding LLP
101 Second Street
Suite 2300
San Francisco, CA  94105

Tel:  (415) 318-1200
Fax:  (415) 318-1300
www.kslaw.com

Cheryl A. Sabnis
Direct: (415) 318-1250

September 27, 2010

**VIA E-FILING**
The Honorable Phyillis J. Hamilton
U.S. District Court for the
         Northern District of California
1301 Clay Street, Suite 400 S
Oakland, CA 94612-5212

      **Re:**    *Hornisher v. Eli Lilly & Company, et al..*
                  U.S. District Court for the Northern District of California
                  Case No. 4:09-cv-01453-PJH

Dear Judge Hamilton:

      We write to advise the Court that Plaintiffs and defendant GSK have resolved the above-referenced matter between them.  The parties respectfully request that the Court set a deadline of **January 20, 2011** for the filing of a stipulation of dismissal with prejudice of this action.

      Please do not hesitate to contact us should the Court need additional information.

      Sincerely yours,

      */s/ Cheryl A. Sabnis /s/*

      Cheryl A. Sabnis

cc:      Fred Shepherd, Esq. (Counsel for Plaintiffs)